United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:25-CR-251-TJC-MCR

**BRIAN K. CARN, JR.**

___

# Order

On January 15, 2026, the defendant appeared before the court with counsel and waived his right to an indictment (both orally and in writing) after having been advised of the right, the charge, and the maximum penalties. The court questioned him and accepted the waiver, finding that it was intelligently, knowingly, and voluntarily made.

**Ordered** in Jacksonville, Florida, on January 15, 2026.

*Patricia D. Barksdale*
Patricia D. Barksdale
United States Magistrate Judge

c: David Zisserson, Esquire
Walter Reynoso, Esquire