United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                          NO.  3:25-cr-251-TJC-MCR

**BRIAN K. CARN, JR.**

_____

## Report and Recommendation Concerning Guilty Plea

On January 15, 2026, by consent, the defendant appeared before me under Rule 11, Federal Rules of Criminal Procedure, and Local Rule 1.02(a) and pleaded guilty to count one of the information. After cautioning him and examining him under oath concerning each Rule 11 matter, I found his plea was knowingly, freely, intelligently, and voluntarily made, and the facts that he admitted establish the elements of the charged offense. I therefore recommend that the court accept his plea and adjudicate him guilty of count one of the information. The parties agreed to waive the 14-day period to object to this report and recommendation.

**Done** in Jacksonville, Florida, on January 15, 2026.

*Patricia D. Barksdale*
Patricia D. Barksdale
United States Magistrate Judge

c:   Timothy Corrigan, United States District Judge
     David Zisserson, Esquire
     Walter Reynoso, Esquire
     United States Probation